RECEIVED
U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA

JAN 21 2026

DANIEL J. McCOY, CLERK
BY:_____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 21 U.S.C. § 846 |
| | 21 U.S.C. §§ 841(a)(1), (b)(1)(A) |
| v. | 21 U.S.C. §§ 841(a)(1), (b)(1)(B) |
| | 21 U.S.C. §§ 841(a)(1), (b)(1)(C) |
| | 21 U.S.C. § 843(b) |
| DETRAIL HARRIS (01), | 18 U.S.C. § 853(a) |
| KAMERON HARRIS (02), | |
| BARRY PEARSON (03), | |
| FRANK COLEMAN JR. (04), | |
| EARL THOMPSON, a.k.a. "Nook" (05), | 6:26-cr-00027 |
| MICHEAL WOMACK (06), | Judge Summerhays |
| SEVESTA SWEET (07), | Magistrate Judge Ayo |
| CHARLES JACKSON (08), | |
| ANDREW BULLOCH (09), | |
| CRAIG HOPKINS (10), and | |
| BUFORD SAWYER, a.k.a. "Dog Pound" (11), | |
| | |
| Defendants | |
| _____/ | |

## INDICTMENT

The Federal Grand Jury charges:

### COUNT 1
**Conspiracy to Possess a Controlled Substance with Intent to Distribute**
[21 U.S.C. §§ 846 and 841(a)(1)]

Beginning on an unknown date but no later than July 11, 2024, and continuing through on or about November 2, 2025, in the Western District of Louisiana and elsewhere, the defendants,

**DETRAIL HARRIS,
KAMERON HARRIS,
BARRY PEARSON,
FRANK COLEMAN JR.,
EARL THOMPSON,**

MICHEAL WOMACK,
SEVESTA SWEET,
CHARLES JACKSON,
ANDREW BULLOCH,
CRAIG HOPKINS, and
BUFORD SAWYER,

did knowingly and willfully combine, conspire, confederate, and agree with other persons, known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance, that is, methamphetamine, its salts, isomers, and salts of its isomers, and a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II narcotic controlled substance, in violation of Title 21, United States Code, Section 846.

With respect to the defendants, **DETRAIL HARRIS, KAMERON HARRIS, EARL THOMPSON, BARRY PEARSON,** and **FRANK COLEMAN JR.**, the amount of methamphetamine involved in the conspiracy attributable to them as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, is 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers and 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).

With respect to the defendants, **MICHEAL WOMACK, SEVESTA SWEET, ANDREW BULLOCH, CHARLES JACKSON, CRAIG HOPKINS,** and **BUFORD SAWYER**, the amount of methamphetamine involved in the conspiracy attributable to them as a result of their own conduct, and the conduct of other conspirators reasonably foreseeable to them, is 5 grams or more of methamphetamine, its salts,

2

isomers, and salts of its isomers and 50 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

Pursuant to Title 21, United States Code, Sections 841(b)(1)(A) and 851, it is further alleged that before the defendant, **EARL THOMPSON**, committed this offense, he had been convicted of a serious drug felony or serious violent felony for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of commencing this offense.

Pursuant to Title 21, United States Code, Sections 841(b)(1)(B) and 851, it is further alleged that before the defendant, **MICHEAL WOMACK**, committed this offense, he had been convicted of a serious drug felony or serious violent felony for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of commencing this offense.

Pursuant to Title 21, United States Code, Sections 841(b)(1)(B) and 851, it is further alleged that before the defendant, **CRAIG HOPKINS**, committed this offense, he had been convicted of a serious drug felony or serious violent felony for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of commencing this offense.

Pursuant to Title 21, United States Code, Sections 841(b)(1)(B) and 851, it is further alleged that before the defendant, **CHARLES JACKSON**, committed this offense, he had been convicted of a serious drug felony or serious violent felony for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of commencing this offense.

## COUNT 2
**Conspiracy to Possess a Controlled Substance with Intent to Distribute**
[21 U.S.C. §§ 846 and 841(a)(1)]

Beginning on an unknown date but no later than July 11, 2024, and continuing through on or about November 2, 2025, in the Western District of Louisiana and elsewhere, the defendants,

**DETRAIL HARRIS,
KAMERON HARRIS,
BARRY PEARSON,
FRANK COLEMAN JR., and
EARL THOMPSON,**

did knowingly and willfully combine, conspire, confederate, and agree with other persons, known and unknown to the Grand Jury, to possess with intent to distribute a controlled substance, that is, a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of its isomers, a Schedule II narcotic controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C); all in violation of Title 21, United States Code, Section 846.

## COUNT 3
### Possessing a Controlled Substance with Intent to Distribute
[21 U.S.C. §§ 841(a)(1) and (b)(1)(A)]

On or about July 25, 2025, in the Western District of Louisiana, the defendants,

**EARL THOMPSON,**
**KAMERON HARRIS, and**
**BARRY PEARSON**

did knowingly and intentionally possess with intent to distribute a controlled substance, that is, 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers and 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

Pursuant to Title 21, United States Code, Sections 841(b)(1)(A) and 851, it is further alleged that before the defendant, **EARL THOMPSON**, committed this offense, he had been convicted of a serious drug felony or serious violent felony for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of commencing this offense.

## COUNT 4
### Possessing a Controlled Substance with Intent to Distribute
[21 U.S.C. §§ 841(a)(1) and (b)(1)(A)]

On or about August 7, 2025, in the Western District of Louisiana, the defendants,

5

**SEVESTA SWEET, AND
CHARLES JACKSON**

did knowingly and intentionally possess with intent to distribute a controlled substance, that is, 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

Pursuant to Title 21, United States Code, Sections 841(b)(1)(A) and 851, it is further alleged that before the defendant, **CHARLES JACKSON**, committed this offense, he had been convicted of a serious drug felony or serious violent felony for which he served more than 12 months of imprisonment and for which he was released from serving any term of imprisonment related to that offense within 15 years of commencing this offense.

## COUNT 5
**Possessing a Controlled Substance with Intent to Distribute**
[21 U.S.C. §§ 841(a)(1) and (b)(1)(A)]

On or about August 29, 2025, in the Western District of Louisiana, the defendant,

**EARL THOMPSON,**

did knowingly and intentionally possess with intent to distribute a controlled substance, that is, 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

## COUNT 6
### Possessing a Controlled Substance with Intent to Distribute
[21 U.S.C. §§ 841(a)(1) and (b)(1)(C)]

On or about August 29, 2025, in the Western District of Louisiana, the defendant,

**EARL THOMPSON,**

did knowingly and intentionally possess with intent to distribute a controlled substance, that is, a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 7
### Possessing a Controlled Substance with Intent to Distribute
[21 U.S.C. §§ 841(a)(1) and (b)(1)(A)]

On or about October 21, 2025, in the Western District of Louisiana, the defendant,

**DETRAIL HARRIS,**

did knowingly and intentionally possess with intent to distribute a controlled substance, that is, 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers and 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

## COUNT 8
### Possessing a Controlled Substance with Intent to Distribute
[21 U.S.C. §§ 841(a)(1) and (b)(1)(C)]

On or about October 21, 2025, in the Western District of Louisiana, the defendant,

## DETRAIL HARRIS,

did knowingly and intentionally possess with intent to distribute a controlled substance, that is, a mixture or substance containing a detectable amount of cocaine, its salts, optical and geometric isomers, and salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 9
### Possessing a Controlled Substance with Intent to Distribute
[21 U.S.C. §§ 841(a)(1) and (b)(1)(C)]

On or about October 21, 2025, in the Western District of Louisiana, the defendant,

## DETRAIL HARRIS,

did knowingly and intentionally possess with intent to distribute a controlled substance, that is, 40 grams or more of a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B).

## COUNT 10
**Possessing a Controlled Substance with Intent to Distribute**
[21 U.S.C. §§ 841(a)(1) and (b)(1)(A)]

On or about November 2, 2025, in the Western District of Louisiana, the defendant,

**CRAIG HOPKINS,**

did knowingly and intentionally possess with intent to distribute a controlled substance, that is, 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers and 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, its salts, isomers, or salts of its isomers, a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(A).

## COUNT 11
**Unlawful Use of a Communication Facility**
[21 U.S.C. § 843(b)]

On or about July 29, 2025, in the Western District of Louisiana, the defendant,

**KAMERON HARRIS,**

did knowingly and intentionally use a communication facility, to wit: a telephone, in committing, causing and facilitating the offense set forth in Count One of the indictment incorporated by reference herein, in violation of Title 21, United States Code, Section 843(b).

# COUNT 12
**Unlawful Use of a Communication Facility**
[21 U.S.C. § 843(b)]

On or about September 25, 2025, in the Western District of Louisiana, the defendant,

**FRANK COLEMAN JR.,**

did knowingly and intentionally use a communication facility, to wit: a telephone, in committing, causing and facilitating the offense set forth in Count One of the indictment incorporated by reference herein, in violation of Title 21, United States Code, Section 843(b).

# FORFEITURE NOTICE

The allegations in all counts are re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853.

A.  Pursuant to Title 21, United States Code, Section 853, upon conviction of an offense in violation of Title 21, United States Code, Sections 846, 841(a)(1), and 856(a)(1), the defendants, **DETRAIL HARRIS, KAMERON HARRIS, BARRY PEARSON, FRANK COLEMAN JR., EARL THOMPSON, MICHEAL WOMACK, SEVESTA SWEET, CHARLES JACKSON, ANDREW BULLOCH, CRAIG HOPKINS,** and **BUFORD SAWYER**, shall forfeit to the United States all interest in:

   1. Any other property consisting or derived from proceeds the defendants obtained directly or indirectly as the result of said violations as set forth in this Indictment; and,

    2. Any property used or intended to be used in any manner or part to commit or facilitate the commission of the aforementioned violations.

    3. $22,958.00 of U.S. currency that was seized on 10/21/25 from 337 Victoria Lights Lane, Broussard, Louisiana.

B. By virtue of the offenses charged in this Indictment, any and all interest in the above-described property is vested in the United States and is forfeited to the United States pursuant to Title 21, United States Code, Section 853(p).

C. If any of the property described above as being subject to forfeiture as a result of any act or omission of the Defendants:

    1. cannot be located upon the exercise of due diligence;

    2. has been transferred or sold to, or deposited with, a third person;

    3. has been placed beyond the jurisdiction of the Court;

    4. has been substantially diminished in value; or

    5. has been commingled with other property which cannot be subdivided without difficulty,

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) to seek forfeiture of substitute property of the defendant up to the value of the property subject to forfeiture.

[Continued on Next Page]

All in accordance with Title 21, United States Code, Section 853(p).

A TRUE BILL:

**REDACTED**

FOREPERSON

ZACHARY A. KELLER
UNITED STATES ATTORNEY

_/s/ LaDonte A. Murphy_
LADONTE A. MURPHY
ASSISTANT UNITED STATES ATTORNEY

12