UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CASE NO. 6:26-CR-00027-09** |
| **VERSUS** | **JUDGE ROBERT R. SUMMERHAYS** |
| **ANDREW BULLOCH (09)** | **MAGISTRATE JUDGE DAVID J. AYO** |

**MINUTES OF COURT:**
**Detention Hearing**

| Date: | February 5, 2026 | Presiding: | Magistrate Judge David J. Ayo |
|---|---|---|---|
| Court Opened: | 1:15 p.m. | Courtroom Deputy: | Paula Jordan |
| Court Adjourned: | 1:19 p.m. | Court Reporter: | LCR |
| Statistical Time: | :04 | Courtroom: | CR4 |
| | | Probation Officer: | Justin Opdenhoff |

**APPEARANCES**

| | | |
|---|---|---|
| LaDonte A Murphy (AUSA) | For | United States of America |
| Philip T DeBaillon (CJA) | For | Andrew Bulloch (09) Defendant |
| Andrew Bulloch (09) Defendant | | |

**PROCEEDINGS**

Defendant Appeared with Counsel
Detention Hearing Waived

Due to the defendant needing medical attention and not being able to participate in the detention hearing, IT IS ORDERED that the detention hearing is hereby continued and will be reset for a later date and time.

Defendant shall remain in the custody of the U.S. Marshal Service pending further court proceedings.